**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MWANES GHANEM,<br><br>                                    Petitioner,<br><br>v.<br><br>JAIME RIOS, et al,<br><br>                                    Respondents. | Case No.:  26-cv-1999-BJC-BLM<br><br>**ORDER GRANTING PETITIONER'S MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>**ECF No. 4** |

Having reviewed Petitioner's motion to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, the Court GRANTS the motion.  The action is dismissed without prejudice.  The Clerk of Court shall close the case.

**IT IS SO ORDERED**.

Dated:  April 3, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-1999-BJC-BLM